# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBIN ALTOBELLI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No. 2:20-cv-13256-TGB-CI <br><br> CLASS ACTION <br> JURY TRIAL DEMANDED |
| CASPER RANKIN, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No. 2:20-cv-13279-TGB-CI <br><br> CLASS ACTION <br> JURY TRIAL DEMANDED |
| SHAWN WALKER, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No. 2:21-cv-10324-TGB-CI <br><br> CLASS ACTION <br> JURY TRIAL DEMANDED |
| GEORGE ZAHARIUDAKIS, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No. 2:21-cv-10338-TGB-CI <br><br> CLASS ACTION <br> JURY TRIAL DEMANDED |

| | |
|---|---|
| MARY CARR, *et al.*, | Case No. 2:21-cv-10565-TGB-CI |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| GENERAL MOTORS LLC, | |
| Defendant. | |
| WILLIAM KELSCH, | Case No. 2:21-cv-10803-TGB-CI |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| GENERAL MOTORS LLC, | |
| Defendant. | |
| ANDRES TORRES, *et al.*, | Case No. 2:21-cv-10888-TGB-CI |
| Plaintiffs, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| GENERAL MOTORS LLC, | |
| Defendant. | |
| MICHELLE PANKOW, *et al.*, | Case No. 2:21-cv-11099_____ |
| Plaintiffs, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| GENERAL MOTORS LLC, | |
| Defendant. | |

2

# ORDER AND AGREED UPON STIPULATION FOR CONSOLIDATION OF THE RELATED ACTIONS AND SETTING SCHEDULE FOR THE FILING OF A CONSOLIDATED COMPLAINT AND RESPONSIVE PLEADINGS

WHEREAS, there are eight related putative class actions pending in this Court against Defendant General Motors LLC ("GM"): *Altobelli, et al. v. General Motors LLC*, No. 2:20-cv-13256-TGB-CI; *Rankin v. General Motors LLC*, No. 2:20-cv-13279-TGB-CI; *Walker v. General Motors LLC*, No. 2:21-cv-10324-TGB-CI; *Zahariudakis v. General Motors LLC*, No. 2:21-cv-10338-TGB-CI; *Carr, et al. v. General Motors LLC*, No. 2:21-cv-10565-TGB-CI; *Kelsch v. General Motors LLC*, No. 2:21-cv-10803-TGB-CI; *Torres, et al. v. General Motors LLC*, No. 2:21-cv-10888-TGB-CI; and *Pankow, et al. v. General Motors LLC*, No. 2:21-cv-11099-TGB-CI (together, the "Related Cases").

WHEREAS, Plaintiffs in all of the Related Cases allege that 2017-2019 model year Chevrolet Bolt EVs manufactured by GM suffer from a battery defect that was not disclosed at the time of sale.

WHEREAS, the parties are currently unaware of any other related class action lawsuits pending in any other state or federal court that involve similar allegations about Chevrolet Bolt EVs.

WHEREAS, Plaintiffs, by and through their respective counsel, have conferred and agree that consolidation of the Related Cases is appropriate under FED. R. CIV. P. 42(a) and L.R. 42.1 because they involve common questions of law or

3

fact. Each of the Related Cases name a common defendant, arise from the same alleged battery defect, and assert similar claims on behalf of similar and/or overlapping putative classes.

WHEREAS, Plaintiffs' counsel have conferred with counsel for GM, who agree that these cases should be consolidated in this Court pursuant to FED. R. CIV. P. 42 and L.R. 42.1.

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1.      The above-captioned actions pending in this Court and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this Court shall be consolidated for all purposes pursuant to FED. R. CIV. P. 42(a) (the "Consolidated Action").

2.      All papers filed in the Consolidated Action must be filed under Case No. 2:20-cv-13256-TGB-CI, the number assigned to the first-filed case, and must bear the following case name: *In re Chevrolet Bolt EV Battery Litigation.*

3.      The case file for the Consolidated Action will be maintained under docket number 2:20-cv-13256-TGB-CI.

4.      The Clerk will be directed to administratively close the following related cases: *Rankin v. General Motors LLC*, No. 2:20-cv-13279-TGB-CI; *Walker v. General Motors LLC*, No. 2:21-cv-10324-TGB-CI; *Zahariudakis v. General*

*Motors LLC*, No. 2:21-cv-10338-TGB-CI; *Carr, et al. v. General Motors LLC*, No. 2:21-cv-10565-TGB-CI; *Kelsch v. General Motors LLC*, No. 2:21-cv-10803-TGB-CI; *Torres, et al. v. General Motors LLC*, No. 2:21-cv-10888- TGB-CI; and *Pankow, et al. v. General Motors LLC*, No. 2:21-cv-11099-TGB-CI.

5. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District.

6. The Court hereby sets the following deadlines for the consolidated case schedule:

a. Plaintiffs' Deadline to File a Consolidated Complaint: 45 days following the Court's entry of the order appointing interim lead counsel.

b. Defendants' Deadline to Respond to the Consolidated Complaint: 60 days following the filing of the Consolidated Complaint.

c. Deadline for Fed. R. Civ. P. 26(f) Conference: 30 days after the resolution of GM's anticipated motion to dismiss the Consolidated Complaint.

d. Initial Disclosures exchanged pursuant to Fed. R. Civ. P. 26(a)(1): 14 days after the Fed. R. Civ. P. 26(f) Conference.

e. Combined Joint Status Report and Discovery Plan pursuant to Fed. R. Civ. P. 26(f): 21 days after the Fed. R. Civ. P. 26(f) Conference.

**IT IS SO ORDERED on this 1st day of June, 2021.**

                                            **/s/Terrence G. Berg**  
                                            **Hon. Terrence G. Berg**  
                                            **United States District Judge**

**Agreed to by:**

By  /s/ E. Powell Miller
E. Powell Miller (Mich. P39487)
Sharon S. Almonrode (Mich. P33938)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

Gretchen Freeman Cappio (Mich. P84390)
Lynn Lincoln Sarko
Ryan McDevitt (Mich. P84389)
Emma Wright
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900
Fax (206) 623-3384
gcappio@kellerrohrback.com
lsarko@kellerrohrback.com
rmcdevitt@kellerrohrback.com
ewright@kellerrohrback.com

*Attorneys for Plaintiffs in Altobelli, et al. v. General Motors LLC*

By  /s/ John Nadolenco
John Nadolenco
Mayer Brown LLP
350 South Grand Avenue 25th Floor
Los Angeles, CA 90071
213-229-9500
Fax: 213-625-0248
jnadolenco@mayerbrown.com

*Attorneys for
Defendant General Motors LLC*

Todd M. Friedman
David B. Levin
Law Offices of Todd M. Friedman P.C.
111 W. Jackson Blvd., Suite 1700
Tel.: Chicago, IL 60604
224-218-0882
Fax: 866-633-0228
tfriedman@tollflaw.com
dlevin@toddflaw.com

*Attorneys for Plaintiff in Zahariudakis v. General Motors LLC*


David C. Wright
Mark I. Richards
Richard D. McCune
Steven A. Haskins
McCune Wright Arevalo LLP
3281 East Guasti Road Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
dcw@mccunewright.com
mir@mccunewright.com
rdm@mccunewright.com
sah@mccunewright.com

*Attorneys for Plaintiffs in Pankow, et al. v. General Motors LLC*

Benjamin F Johns
Beena M. McDonald
Samantha E. Holbrook
Alex M. Kashurba
Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 W. Lancaster Avenue
Haverford, PA 19041
610-642-8500
bfj@chimicles.com
bmm@chimicles.com
seh@chimicles.com
amk@chimicles.com

Steven D. Cohen (*admission forthcoming*)
Wittels McInturff Palikovic
18 Half Mile Road
Armonk, NY 10504
914-775-8862
sdc@wittelslaw.com

*Attorneys for Plaintiffs in Torres, et al. v. General Motors LLC*

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Melvin B. Hollowell (P37834)
Dennis A. Lienhardt (P81118)
The Miller Law Firm, P.C.
950 W. University Drive
Suite 300
Rochester, MI 48307
248-841-2200
Fax: 248-652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
mbh@millerlawpc.com
dal@millerlawpc.com

Nicholas A. Migliaccio (P29077)
Jason S. Rathod (P18424)
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiff in
Rankin v. General Motors LLC*

Gretchen Freeman Cappio (Mich. P84390)
Lynn Lincoln Sarko
Ryan McDevitt (Mich. P84389)
Emma Wright
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900
Fax (206) 623-3384
gcappio@kellerrohrback.com
lsarko@kellerrohrback.com
rmcdevitt@kellerrohrback.com
ewright@kellerrohrback.com

Zachary C. Schaengold (*admission forthcoming*)
Justin C. Walker (*admission forthcoming*)
Markovits, Stock & Demarco
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone: (513) 651-3700
zschaengold@msdlegal.com
jwalker@msdlegal.com

*Attorneys for Plaintiff in Walker v. General Motors LLC*

Roberta Liebenberg
Gerard A. Dever
Mary L. Russell
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565
rliebenberg@finekaplan.com
gdever@finekaplan.com
mrussell@finekaplan.com

Sharon S. Almonrode
The Miller Law Firm, P.C.
950 W. University Drive
Suite 300
Rochester, MI 48307
248-841-2200
Fax: 248-652-2852
ssa@millerlawpc.com

*Attorneys for Plaintiffs in*
*Carr, et al. v. General Motors LLC*


Cory S. Fein
Cory Fein Law Firm
712 Main St. #800
Houston, TX 77002
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Tel.: 281-254-7717
Fax: 530-748-0601
cory@coryfeinlaw.com

*Attorney for Plaintiff in*
*Kelsch v. General Motors LLC*